1   CARLOS JIMENEZ, Bar No. 227534
    EVELINA SHPOLYANSKY, Bar No. 289868
2   LITTLER MENDELSON, P.C.
    633 West 5th Street
3   63rd Floor
    Los Angeles, CA  90071
4   Telephone: 213.443.4300
    Fax No.:    213.443.4299
5
    Attorneys for Defendant
6   PRAXAIR, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11

12   AARON HUITZIL, an individual ,        Case No.  2:19-CV-8221

13              Plaintiff,
                                           **DECLARATION OF KRISTIN**
14        v.                               **MIRANDA IN SUPPORT OF**
                                           **DEFENDANT PRAXAIR, INC.'S**
15   PRAXAIR, INC., a Delaware             **SECOND REMOVAL OF CIVIL**
     corporation; ALBERTO CASTRO;          **ACTION TO FEDERAL COURT**
16   an individual; and DOES 1through
     100, inclusive,                       Complaint Filed:  January 28, 2019
17                                         Amended Complaint filed: June 6, 2019
                Defendants.                Trial Date:        N/A
18                                         (Case No. 19LBCV00059)

19

20

21

22

23

24

25

26

27

28                                      1.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213 443 4300

DECLARATION OF KRISTIN MIRANDA ISO DEFENDANT PRAXAIR, INC.'S SECOND REMOVAL

1

## DECLARATION OF KRISTIN MIRANDA

2    I, KRISTIN MIRANDA, hereby declare as follows:

3    1.    I have personal knowledge of the facts set forth in this declaration, or I

4  have knowledge of such facts based on my review and knowledge of the business

5  records and files of Defendant Praxair, Inc. ("Praxair"), and could testify to the same

6  if called as a witness in this matter.  I make this Declaration in support of Defendants'

7  Notice of Removal of Civil Action pursuant to 28 U.S.C. sections 1332, 1441 and

8  1446.

9    2.    I am currently the Human Resources Associate Director for Praxair

10  Distribution, Inc. ("PDI"), which is a wholly-owned subsidiary of Praxair. I was

11  initially hired by PDI in 2009, but left PDI in 2014.  In April 2017, I was rehired by

12  PDI.   In my current position with PDI, I am responsible for providing human

13  resources support to PDI's facilities in California.  I am readily familiar with PDI's

14  day-to-day business operations and have access to information and reports maintained

15  and generated in the ordinary course of business concerning its respective employees

16  and operations.

17    3.    Praxair is corporation duly organized and validly existing under and

18  pursuant to the laws of the state of Delaware.  Praxair's corporate headquarters and its

19  corporate offices are located in Danbury, Connecticut, and it is where its executive

20  officers direct, control and coordinate the corporation's activities and executive

21  functions.  These activities include but are not limited to making decisions regarding

22  corporate policy, the leasing of real estate, legal decisions, significant decisions

23  regarding   contracts   and   other   purchasing,   public   affairs,   payroll,   revenue

24  management, advertising and marketing.  Praxair is not a state, state official, or other

25  governmental entity.

26    4.    Plaintiff's employer was PDI, a wholly-owned subsidiary of Praxair, and

27  a separate employer. PDI was incorporated in the state of Delaware. PDI's corporate

28  headquarters and its corporate offices are located in Danbury, Connecticut, and it is

LITTLER MENDELSON, P.C.
633 West 5th Street
83rd Floor
Los Angeles, CA 90071
213.443.4300

DECLARATION OF KRISTIN MIRANDA ISO DEFENDANT PRAXAIR, INC.'S SECOND REMOVAL

1  where its executive officers direct, control and coordinate the corporation's activities

2  and executive functions. These activities include but are not limited to making

3  decisions regarding corporate policy, the leasing of real estate, legal decisions,

4  significant decisions regarding contracts and other purchasing, public affairs, payroll,

5  revenue management, advertising and marketing. PDI is not a state, state official, or

6  other governmental entity.

7       5.       Based upon my review of the personnel records of Plaintiff, which have

8  been maintained in the ordinary course of business by PDI, I am informed and believe,

9  and on that basis state, that PDI employed Plaintiff as a general laborer/machine

10 operator from approximately November 24, 2015 through his separation, dated August

11 31, 2018.

12      6.       Based upon my review of the personnel records of Plaintiff, which have

13 been maintained in the ordinary course of business by PDI, I am informed and believe,

14 and on that basis state, that as of the date on which Plaintiff last actively worked at

15 PDI, his hourly rate was $14.60. Based upon a 40 hour per week work schedule, his

16 salary equals an annual income of approximately $30,000.00.

17      I declare under penalty of perjury under the laws of the United States of

18 America and the State of California that the foregoing is true and correct.

19

20      Executed on September 20, 2019 at Pittsburg____, California.

21

22

23                                        _____
                                          KRISTIN MIRANDA

24

25

26 4849-4886-9797.1 045147.1376

27

28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213 443 4300

3.

DECLARATION OF KRISTIN MIRANDA ISO DEFENDANT PRAXAIR, INC.'S SECOND REMOVAL